**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01863-CMA

ALLISON ANNE CUTLER ,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to

Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the ORDER AFFIRMING ALJ'S DECISION DENYING SOCIAL

SECURITY BENEFITS [Dkt. No. 21] of Judge Christine M. Arguello entered on March 26,

2015.  It is

      ORDERED that the decision of Commissioner of Social Security is AFFIRMED.

      Dated at Denver, Colorado this 26th day of March, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   K. Finney

Kathleen Finney
Deputy Clerk